# LOUGHRY and LINDSAY, L.L.C.
330 Market Street
Camden, New Jersey 08102

Phone: (856) 968-9201
Fax: (856) 968-9204

LAWRENCE W. LINDSAY*

*Of Counsel:*
JONATHAN D. BENNETT*

*Member of the NJ and PA Bar**

JUSTIN T. LOUGHRY*°

110 Marter Avenue, Suite 209
Moorestown, New Jersey 08057
By Appointment Only

Phone: (856) 968-9201
Fax: (856) 968-9204

*Member of the NJ and PA Bar**
*Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney°*

July 1, 2011

Honorable Joel Schneider
Mitchell H. Cohen Courthouse – Room 2060
One John F. Gerry Plaza
Camden, NJ 08101

11 cv 4036 RBK-JS

RE: **Bayside State Prison Litigation**
    **Civil Action No. 97-5127**
    **Special Master's Supervisory Liability Decision re Opt-Out Plaintiffs**

Your Honor:

Via the Order of May 16, 2011, the Court has directed opt-out Plaintiffs (Najee Blackman, Ervan Cribb, Hampton Jenks, Otto Krupp, and Charles Wrenn) to advise whether or not they will stipulate to follow the Special Master's supervisory liability decision. On June 14, 2011, the Court granted Plaintiffs request for an extension of time until July 1, 2011, to inform the Court of decisions of the aforementioned individuals which are as follows:

- Ervan Cribb and Hampton Jenks agree to stipulate to follow the Special Master's supervisory liability decision
- Najee Blackman, Otto Krupp and Charles Wrenn do not agree to stipulate to follow the Special Master's supervisory liability decision

Thank you for your attention to the above.

Respectfully,

LOUGHRY & LINDSAY, LLC

Lawrence W. Lindsay
Justin T. Loughry

LWL/plg