AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF  NEW JERSEY

| | |
|---|---|
| CHARLES WRENN | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| BAYSIDE STATE PRISON, ET AL. | Case Number:   11-04036 (RBK) |

**X Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Judgment of No Cause for Action be entered in favor of Defendants **BAYSIDE STATE PRISON, ROBERT ROES 1 TO 50, JOHN SMITHS 1 TO 15, JOHN TERHUNE, OFFICER JOHN ALLEN, SCO ASH, SCO BALDISH, SCO BASNETT, SCO BEACHMAM, SCO BRANCA, SCO BROOKS, OFFICER RONALD CALLAHAN, SGT. JOHN CARDONE, SOG (NJSP), SCO CAUDILL, OFFICER JOHN J. CLEDANIEL, SGT. JOHN COGAN, SOG (SWSP), SCO COLEMAN, ET AL.** and against Plaintiff **CHARLES WRENN**.

October 20, 2011
Date

HON. ROBERT B. KUGLER

UNITED STATES DISTRICT JUDGE